IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICKEY FANTROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.  3:12-CV-82-N-BH |
| | ) | |
| FIRST FINANCIAL BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | Referred to U.S. Magistrate Judge |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  *Ameriquest and Argent's Motion to Dismiss or Alternatively Motion for Summary Judgment*, filed March 26, 2012 (doc. 30) and *Deutsche Bank's Motion to Dismiss or Alternatively Motion for Summary Judgment*, filed April 13, 2012 (doc. 50) are **GRANTED** and their alternative motions to dismiss for failure to state a claim and for summary judgment are **DENIED as moot**.  By separate judgment, Plaintiff's claims against Ameriquest, Argent, and Deutsche Bank for violation of TILA and fraud, as well as any claims for wrongful foreclosure and violation of RESPA, will be dismissed without prejudice for lack of subject matter jurisdiction.

**SIGNED** this 7th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE