**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **RICKEY FANTROY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | No.  3:12-CV-82-N-BH |
| ) | |
| **FIRST FINANCIAL BANK, N.A.,** ) | |
| ) | |
| **Defendant.** ) | Referred to U.S. Magistrate Judge |

**ORDER OF THE COURT ON RECOMMENDATION REGARDING
REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( )   The request for leave to proceed *in forma pauperis* on appeal is GRANTED.

(**X**)   The application for leave to proceed *in forma pauperis* on appeal is DENIED because the Court certifies pursuant t and Fed. R. App. P. 24(a)(3) o 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3) that the appeal is not taken in good faith. In support of this certification, the Court adopts and incorporates by reference the orders of which the plaintiff complains.  Based on those orders, this Court finds that the appeal presents no legal points of arguable merit and is therefore frivolous.

(**X**)   Although this court has certified that the appeal is not taken in good faith under 28 U. S. C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), the plaintiff may challenge this finding pursuant to *Baugh v. Taylor*, 117 F.3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.

**DATE:  April 24, 2013**

_David C Godby_
**UNITED STATES DISTRICT JUDGE**