**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **RICKEY FANTROY,** ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No.  3:12-CV-82-N-BH |
| ) | |
| **FIRST FINANCIAL BANK, N.A.,** ) | |
| ) | |
| Defendant. ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  Accordingly, *Fidelity National Title Insurance Company's Second Rule 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction, Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim, or in the Alternative, Rule 12(e) Motion for More Definite Statement* filed November, 11, 2012 (doc. 85), is **GRANTED,** and its alternative motion for a more definite statement is **DENIED as moot.**

By separate judgment, Plaintiff's claims against Defendant will be dismissed with prejudice for failure to state a claim upon which relief can be granted.

**SIGNED** this 19th day of August, 2013.

_____
DAVID GODBEY
UNITED STATES DISTRICT JUDGE