IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **RICKEY FANTROY,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 3:12-CV-0082-N (BH) |
| § | |
| **FIRST FINANCIAL BANK, N.A., et al.,** § | |
| § | |
| **Defendant.** § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff, Request for Leave to File Plaintiff's, Motion for Fraud on the Court Fraudulent Concealment, Intrinsic Fraud and Extrinsic Fraud*, filed February 25, 2015 (doc. 171), is **DENIED.**

**SIGNED** this 4th day of September, 2015.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS